1  NICHOLAS M. WAJDA
   nick@wajdalawgroup.com
2  Law Offices of Nicholas M. Wajda, Esq.
   871 Coronado Center Drive, Suite 200
3  Henderson, Nevada 89052
4  Telephone: (702) 900-6339
   *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES C. HICKEY, | Case No. 2:19-cv-00926 |
| Plaintiff, | **Order Granting Motion for Voluntary Dismissal** |
| v. | |
| WESTERN MERCANTILE AGENCY, INC., | ECF Nos. 5, 7 |
| Defendant. | |

    Plaintiff moves to voluntarily dismiss this action with prejudice [7]. No party has answered or filed a motion for summary judgment. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the motion for voluntary dismissal [7] is GRANTED; this case is DISMISSED with prejudice under FRCP 41(a)(1), each side to bear its own fees and costs. Defendant's motion to dismiss [5] is DENIED as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 10, 2019